BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>RICKEY WHITE,<br><br>                          Defendant. | CASE NO. 1:15-MJ-00129 SKO<br><br>JOINT STIPULATION TO CONTINUE PRELIMINARY HEARING; AND ORDER |

   IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the preliminary hearing scheduled on September 11, 2015, should be continued to September 18, 2015, at 1:30 p.m.  Defendant is not in custody, and the proposed date of September 18, 2015 is within the time frame permitted by Rule 5.1(c) of the Federal Rules of Criminal Procedure.

   IT IS SO STIPULATED.

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney's Office

DATED: September 8, 2015                 /s/ Melanie L. Alsworth
                                                            MELANIE L. ALSWORTH
                                                            Assistant United States Attorney


DATED: September 8, 2015                 /s/Mark Coleman
                                                            MARK COLEMAN
                                                            Attorney for Rickey WHITE

1

**ORDER**

IT IS SO ORDERED.

Dated:   **September 9, 2015**                              **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE