BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RICKEY WHITE,<br><br>Defendant | CASE NO. 1:15-CR-00250 LJO SKO<br><br>STIPULATION AND PROTECTIVE ORDER |

**STIPULATION REGARDING DISCOVERY AND PROTECTIVE ORDER**

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and Melanie L. Alsworth, Assistant United States Attorney, and the defendant, RICKEY WHITE, by and through MARK COLEMAN, his attorney of record, hereby stipulate as follows

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all recordings and statements of witnesses, including law enforcement witnesses acting in an undercover capacity, provided to or made available to Defense Counsel as part of discovery in this case or to comply with trial obligations pursuant to Title 18, United States Code, Section 3500 (the Jenck's Act), or to comply with Brady and Giglio obligations.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any recordings, documents or statements of witnesses, including law enforcement witnesses acting in an undercover capacity, with anyone other than designated defense investigators and support staff. Defense Counsel may review the contents of recordings and documents with the defendant, and the parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant to copy such information.

4. By signing this Stipulation and Protective Order, Defense Counsel agrees not to disclose the identity of any witness, including a law enforcement witness acting in an undercover capacity. Defense counsel agrees that he or she will not provide the defendant with any documentation identifying the witnesses, including law enforcement witnesses acting in an undercover capacity. Defense Counsel agrees to admonish Defendant not to disclose the identities of any witnesses, including law enforcement witnesses acting in an undercover capacity.

5. The discovery and information provided by the Government may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

6. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. Defense Counsel shall be responsible for advising his or her respective defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

///
///
///
///
///
///
///
///

8. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: October 15, 2015                                        BENJAMIN B. WAGNER
                                                               United States Attorney


                                                               /s/Melanie L. Alsworth
                                                               MELANIE L. ALSWORTH
                                                               Assistant United States Attorney


Dated:  October 15, 2015                                       /s/Mark Coleman
                                                               MARK COLEMAN
                                                               Attorney for Defendant


IT IS SO ORDERED.

   Dated:   **October 15, 2015**                     **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER                               3