(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
RICKEY WHITE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  **1:15-cr-00250-LJO-SKO** |
| Plaintiff, | |
| v. | **STIPULATION TO ALLOW TRAVEL AND**<br>**O R D E R** |
| RICKEY WHITE, | |
| Defendant. | |

Currently, Defendant, RICKEY WHITE's, conditions of pretrial release restrict his travel outside of the Eastern District of California. Mr. White is requesting that the court allow him to travel outside of the Eastern District of California on two occasions:

October 29, 2015 through October 30, 2015, to travel with his wife (who is his third party custodian) and two children to San Diego; and November 25, 2015 through November 30, 2015 to travel to Lake Tahoe for the Thanksgiving holiday with his wife and two children. Mr. White and his family had these trips planned prior to the time he was arrested in the above-captioned matter.

Counsel also communicated with Mr. White's Pre-Trial Services Officer, Frank Guerrero, who has no objection to allowing the Defendant to travel outside of the Eastern District of California.

Counsel has communicated with Assistant United States Attorney Melanie Alsworth who has no objection to allowing the Defendant to travel outside of the Eastern District of California, so long as the Defendant checks in with his Pre-Trial Services Officer on a daily basis.

**IT IS SO STIPULATED.**

Dated: October 27, 2015.            Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
RICKEY WHITE

Dated: October 27, 2015.            UNITED STATES ATTORNEY'S OFFICE

/s/ Melanie Alsworth

MELANIE ALSWORTH
Assistant U.S. Attorney

## ORDER

Good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant, RICKEY WHITE, be allowed to travel outside of the Eastern District of California between the dates of October 29, 2015 through October 30, 2015, for travel to San Diego, and November 25, 2015 through November 30, 2015, for travel to Lake Tahoe.

**IT IS FURTHER ORDERED** that Defendant, RICKEY WHITE, be released from his electronic monitor during the time periods set forth above **only**, and that Defendant call his Pretrial Services Officer daily, from his wife's cell phone, to check in with his Officer.

IT IS SO ORDERED.

Dated:   **October 27, 2015**                **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE