(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
RICKEY WHITE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | CASE NO.: **1:15-cr-00250-DAD-BAM** |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |
| RICKEY WHITE, | |
| Defendant. | |

It is hereby stipulated and agreed to by the parties hereto that Defendant, RICKEY WHITE's conditions of release be modified to release him from electronic location monitoring, and to impose a curfew.

Mr. White was placed on location monitoring on September 3, 2015. Since that time, he has been in continued contact with his pretrial services officer, and has done everything asked of him.

It is hereby requested that Mr. White's location monitoring condition be modified from the home detention component to the curfew component of the program. The proposed curfew would be that Defendant remain in his home and not leave between the hours of 9:00 p.m. and 6:00 a.m., without prior permission of his Pretrial Services Officer.

1
STIPULATION and [PROPOSED] ORDER

Counsel for Defendant has corresponded with both Assistant U.S. Attorney, Melanie Alsworth, and Mr. White's Pretrial Services officer, Frank Guerrero, both of whom have no objection to the requested modification.

Dated: February 23, 2016.              Respectfully submitted,

                                               NUTTALL & COLEMAN

                                               /s/ Mark W. Coleman

                                               MARK W. COLEMAN
                                               Attorney for Defendant
                                               RICKEY WHITE

Dated: February 23, 2016.           UNITED STATES ATTORNEY'S OFFICE

                                               /s/ Melanie Alsworth

                                               MELANIE ALSWORTH
                                               Assistant United States Attorney

## **O R D E R**

**IT IS HEREBY ORDERED** that Defendant, Rickey White's location monitoring condition shall be modified from the home detention component to the curfew component of the program.   Under the conditions of curfew, Mr. White shall remain inside his home between the hours of 9:00 p.m. and 6:00 a.m.  Mr. White shall seek and maintain at least part-time employment, schooling, or combination of both, and provide proof thereof to PSA. All other conditions not in conflict with this modification should remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 24, 2016**              /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE